# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Petra Trujillo, et al. )
       Plaintiff(s) ) Case No. 15 C 10215
        )
v. )
        )
Crisp-N-Clean of Arlington Heights North, Inc., et al. )
       Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
      and against defendant(s)
      in the amount of $        ,

          which ☐ includes      pre–judgment interest.
                  ☐ does not include pre–judgment interest.

      Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.
      Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
      and against plaintiff(s)
.
      Defendant(s) shall recover costs from plaintiff(s).

☒    other    Judgment is entered against all Defendants and in favor of Plaintiff Petra Trujillo in the amount of $20,554.50; and in favor of Plaintiff Cristina Vasquez in the amount of $19,943.00; and award Plaintiffs' counsels attorneys' fees and costs in the amount of $7,155.00.

_____

This action was *(check one)*:
☐   tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐   tried by Judge     without a jury and the above decision was reached.
☒   decided by Judge Milton I. Shadur on motion for default judgment and to approve damages.


Date:   5/25/2016                        Thomas G. Bruton, Clerk of Court


                                        /s/ Carol Wing,, Deputy Clerk